**Erik ROSS, Appellant,**

v.

**HILTON WORLDWIDE, INC.,
and Division of Employment
Security, Respondents.**

·ED 102157

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

Filed: July 7, 2015

Zachary S. Merkle, John J. Ammann, 100 N. Tucker Blvd., Suite 704, St. Louis, MO 63101, for Appellant.

Christine Lesicko, 421 East Dunklin Street, PO Box 59, Jefferson City, Missouri 65104, for Respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

## ORDER

PER CURIAM

Erik Ross ("Employee") appeals from a judgment of the Missouri Labor and Industrial Relations Commission ("the Commission") denying him unemployment benefits because he was discharged by Hilton Worldwide, Inc. ("Employer") for misconduct. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).